# EXHIBIT D

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

CT Lien Solutions
Representation of filing

**This filing is Completed**
File Number : 187642197005
File Date   : 06-Apr-2018

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Phone: (800) 331-3282 Fax: (818) 662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**   24509 - GLOBAL F & R

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

63580708

CALI

File with: Secretary of State, CA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MOUNTAIN CHIEF MANAGEMENT SERVICES, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 20000 Bucknell Dr. | California City | CA | 93505 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Western Alliance Bank | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6263 N. Scottsdale Road Ste 100 | Scottsdale | AZ | 85250 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
(4) Buchner Funnel 200mm
(4) Flask, United Scientific Filter 5000ml
(1) Welch DryFast Pump 2047B-01
(1) Lab Society Vacuum Manifold kit
(1) PolyScience Immersion Chiller IP-60
(1) Dewar Style Vacuum Trap kit
(2) PolyScience 7L Refrigerated Circulator
(1) So-Low Ultra Low Freezer
(1) Terpene Distillation Kit
(3) Welch CRVpro Rotary Vane Vacuum Pump
(5) Exhaust Filter Welch CRV
(1) Welch Chemstar Dry Pump
(5) Cascade Vacuum Purge Oven
(20) Aluminum Vacuum Clamp with Sealing
(5) KF25 Adapter
(4) KF25 Tee
(8) KF25 Stainless Steel Hosing

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☒ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
63580708         10230470

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| --- |
| MOUNTAIN CHIEF MANAGEMENT SERVICES, INC. |

OR

| 9b. INDIVIDUAL'S SURNAME | | |
| --- | --- | --- |
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | | |
| --- | --- | --- | --- | --- | --- |

OR

| 10b. INDIVIDUAL'S SURNAME | | | | | |
| --- | --- | --- | --- | --- | --- |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

11. ☒ ADDITIONAL SECURED PARTY'S NAME   or   ☐ ASSIGNOR SECURED PARTY'S NAME:  Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | | |
| --- | --- | --- | --- | --- |
| Global Financial & Leasing Services, LLC | | | | |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| --- | --- | --- | --- | --- |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6263 N Scottsdale Rd Ste 222 | Scottsdale | AZ | 85250 | USA |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):
(1) G2 Executive Short Path Distillation Kit
(4) Explosion Proof Stirring Hot Plate
(1) Automated Solvent Recovery System
(1) Automated Solvent Recovery System Water Chiller
(1) MeP/30 Liter Base

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: |
| --- | --- |
| | ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

| 17. MISCELLANEOUS: 63580708-CA-0   24509 - GLOBAL F & R SERVICE | Western Alliance Bank | File with: Secretary of State, CA | 10230470 |
| --- | --- | --- | --- |

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

EXHIBIT E



**GLOBAL FINANCIAL**
**& LEASING SERVICES**
Innovative Equipment Leasing Solutions

## LEASE AGREEMENT 10230470

**6263 N. Scottsdale Road, SUITE 222, Scottsdale, AZ 85250**
**PHONE 480-478-7400   FAX 480-478-7410**

**TO OUR VALUED CUSTOMER:** This Lease has been written in "Plain English." When we use the words "you" and "your" in this Lease, we mean you, our customer, which is the Lessee indicated below. When we use the words "we", "us," and "our" in this Lease, we mean the Lessor, Global Financial & Leasing Services, LLC. **YOU UNDERSTAND THAT WE ARE NOT AFFILIATED WITH THE SUPPLIER AND THAT YOU ARE OBLIGATED TO MAKE ALL PAYMENTS UNDER THIS LEASE, REGARDLESS OF YOUR SATISFACTION WITH THE EQUIPMENT DESCRIBED BELOW.**

### CUSTOMER INFORMATION

| Lessee Name | | | | | | |
|---|---|---|---|---|---|---|
| **MOUNTAIN CHIEF MANAGEMENT SERVICES, INC.** | | | | | | |
| Billing Address/City/County/State/Zip | | | Equipment Location | | | |
| **3876 Hwy 89, Babb, MT 59411** | | | **California City, CA – APN: 309-271-04** | | | |
| Type of Organization | Jurisdiction of Organization | Organization ID # | Phone Number | e-mail address | | Tax ID # |
| **Corporation** | **Glacier County, MT** | | | | | |

**EQUIPMENT DESCRIPTION: Lab Equipment – Refer to Exhibit A attached hereto and made part hereof.**

### TERM AND LEASE PAYMENT SCHEDULE

| Lease Term (Months)<br>49<br><br>This Lease cannot be cancelled by Lessee during term of this Lease Agreement | Lease Payment: | 1 @ $20,000<br>followed by 48<br>@ $8,376 | Lessee agrees to pay when signing this Lease:<br>A) Total Advance Lease (First)<br>B) Sales/use Tax on Advance Lease Payment 7.75% (CA)<br>C) Total of A+B Provisions | $20,000.00<br>$1,550.00<br><br>**$21,550.00** |
|---|---|---|---|---|
| | END OF LEASE OPTION: | Fair Market Value | | |
| | All Lease Payments<br>plus applicable taxes (if any) | | | |
| Additional Provisions:  ACH Required on all payments; Corporate Guaranty of CHC Holdings, LLC | | | | |

**INSURANCE AND TAXES**     You are required to provide and maintain insurance related to the Equipment, and to pay any property, use and other taxes related to this Lease or the Equipment.  (See Sections 4 and 6 on the second page of this Lease.)  If you are tax-exempt, you agree to furnish us with satisfactory evidence of your exemption.

**TERMS AND CONDITIONS:**     BY SIGNING THIS LEASE AGREEMENT, YOU ACKNOWLEDGE THAT: (i) YOU HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS ON ALL PAGES OF THIS LEASE AGREEMENT, (ii) THIS LEASE AGREEMENT IS A NET LEASE AGREEMENT THAT YOU CANNOT TERMINATE OR CANCEL, (iii) YOU HAVE AN UNCONDITIONAL OBLIGATION TO MAKE ALL PAYMENTS DUE UNDER THIS LEASE AGREEMENT, AND YOU CANNOT WITHHOLD, SET OFF OR REDUCE SUCH PAYMENTS FOR ANY REASON, (iv) IF ANY PORTION OF THE LEASE AGREEMENT PAYMENT IS ATTRIBUTABLE TO SOFTWARE OR SERVICES TO BE PROVIDED BY A THIRD PARTY, YOU WILL BE OBLIGATED TO CONTINUE TO MAKE ALL RENTAL PAYMENTS EVEN IF THE SERVICES ARE UNSATISFACTORY, INADEQUATE OR TERMINATED FOR ANY REASON, (v) YOU WILL USE THE EQUIPMENT ONLY FOR BUSINESS PURPOSES AND NOT FOR PERSONAL, FAMILY OR HOUSEHOLD PURPOSES, AND THE "EQUIPMENT LOCATION" IS A BUSINESS ADDRESS, (vi) YOU WARRANT THAT THE PERSON SIGNING THIS LEASE AGREEMENT FOR YOU HAS THE AUTHORITY TO DO SO AND TO GRANT THE POWER OF ATTORNEY SET FORTH IN SECTION 6 OF THIS LEASE AGREEMENT, (vii) YOU DECIDED TO ENTER INTO THIS LEASE AGREEMENT RATHER THAN PURCHASE THE EQUIPMENT FOR THE AMOUNT FINANCED, AND (viii) THIS LEASE AGREEMENT HAS BEEN ENTERED INTO AND WILL BE GOVERNED BY THE LAWS OF THE STATE OF ARIZONA AND YOU CONSENT TO THE JURISDICTION OF ANY COURT (FEDERAL OR STATE) LOCATED WITHIN ARIZONA. YOU EXPRESSLY WAIVE ANY RIGHTS TO A TRIAL BY JURY.  YOU WARRANT THAT ALL FINANCIAL AND OTHER INFORMATION YOU HAVE DELIVERED TO US, INCLUDING THE INFORMATION CONTAINED IN THIS LEASE AGREEMENT, IS TRUE, ACCURATE AND CORRECT AND YOU ACKNOWLEDGE WE ARE RELYING UPON ALL SUCH INFORMATION TO ENTER INTO THIS LEASE AGREEMENT.  CUSTOMER AGREES TO PROVIDE ADDITIONAL FINANCIAL INFORMATION UPON REQUEST.  YOUR CREDIT APPROVAL FOR THIS TRANSACTION IS VALID <u>THROUGH, April 18,  2018 (CREDIT EXPIRATION DATE)</u> PROVIDED THERE IS NO MATERIAL ADVERSE CHANGE IN YOUR BUSINESS CONDITION (FINANCIAL OR OTHERWISE AND INCLUDED SUBSIDARIES), PERFORMANCE, OPERATIONS, PROPERTIES OR PROSPECTS FROM THE LEASE AGREEMENT DATE SET FORTH ABOVE (OR EARLIER DATE OF YOUR FINANCIAL STATEMENTS SUBMITTED TO US, IF APPLICABLE) TO THE DATE OF FUNDING THIS LEASE AGREEMENT.  YOUR CREDIT APPROVAL IS SUBJECT TO RE-APPROVAL ON THE CREDIT EXPIRATION DATE.  THE LEASE AGREEMENT PAYMENT ABOVE IS BASED ON OUR COST OF FUNDS.  IN THE EVENT THAT OUR COST OF FUNDS CHANGES FROM THE LEASE AGREEMENT DATE SET FORTH ABOVE TO THE DATE WE PAY THE VENDOR(S), WE RESERVE THE RIGHT TO ADJUST THE LEASE AGREEMENT PAYMENT ACCORDINGLY.

| Customer Name | Lessor Name |
|---|---|
| **Mountain Chief Management Services, Inc.** | **Global Financial & Leasing Services, LLC** |
| Authorized Signature<br>X *[signature]* Mooney   1-25-18 | Authorized Signature<br>X |
| Print Name & Title                           Date X | Print Name & Title                           Date |
| **Myrna Burns Mooney, President** | |

GFLS-002PG_Version 8/1/17

1.  **LEASE; DELIVERY AND ACCEPTANCE.** You agree to lease the equipment described on the first page of this lease agreement (collectively "Equipment") on the terms and conditions shown on both pages of this lease ("Lease"). If you have entered into any purchase or supply contract ("Supply Contract") with any Supplier, you assign to us your rights under such Supply Contract, but none of your obligations (other than the obligation to pay for the Equipment if it is accepted by you as stated below and you timely deliver to us such documents and assurances as we request). If you have not entered into a Supply Contract, you authorize us to enter into a Supply Contract on your behalf in which case we agree to inform you in writing of the Supplier's identity, that you may have rights under the Supply Contract, and that you may contact the Supplier for a description of those rights. When you receive the Equipment, you agree to inspect it to determine if it is in good working order. The Equipment will be deemed irrevocably accepted by you and your obligations under the Lease shall begin upon the earlier of: a) the delivery to us of a signed Delivery and Acceptance Certificate; or b) 3 days after delivery of the Equipment to you if you have not previously given written notice to us that the Equipment is not accepted. The Lease Start Date shall be the date of acceptance of the Equipment as set forth in the Delivery and Acceptance Certificate. The remaining Lease Payments will be due on the same day of each subsequent month (or such other time period specified on the first page of this Lease designated by us). You will make all payments required under this Lease to us at such address as we may specify in writing. You authorize us to adjust the Lease Payment if the actual Amount Financed (which is all amounts we have paid in connection with and including the purchase, delivery and installation of the Equipment, any trade-up and buyout amounts and any financed sales or use tax) differs from the estimated Amount Financed. Any such adjustments will be confirmed in the Delivery and Acceptance Certificate or by written notice provided to you. If any Lease Payment or other amount payable to us is not paid within 10 days of its due date, you will pay us a late charge not to exceed 15% of each late payment (with minimum of $15.00) or such lesser rate as is the maximum rate allowable under applicable law. You also agree to pay $35 for each check or automatic payment returned for insufficient funds or any other reason.

2.  **NO WARRANTIES. We are leasing the Equipment to you "AS-IS". YOU ACKNOWLEDGE THAT WE DID NOT MANUFACTURE OR SELECT THE EQUIPMENT, WE DO NOT REPRESENT THE MANUFACTURER OR THE SUPPLIER, AND YOU HAVE SELECTED THE EQUIPMENT AND SUPPLIER BASED UPON YOUR OWN JUDGEMENT. WE MAKE NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, DESIGN, CONDITION, QUALITY, CAPACITY, MATERIAL OR WORKMANSHIP, OR AS TO PATENT INFRINGEMENT OR OTHERWISE. YOU AGREE THAT REGARDLESS OF CAUSE, WE ARE NOT RESPONSIBLE FOR AND YOU WILL NOT MAKE ANY CLAIM AGAINST US FOR ANY DAMAGES, WHETHER CONSEQUENTIAL, DIRECT, SPECIAL, OR INDIRECT, OR WITHHOLD OR SETOFF ANY SUCH CLAIM AGAINST ANY LEASE PAYMENT. YOU AGREE THAT NEITHER THE SUPPLIER, NOR ANY SALESPERSON, EMPLOYEE OR AGENT OF THE SUPPLIER, IS OUR AGENT OR HAS ANY AUTHORITY TO SPEAK FOR US OR TO BIND US IN ANY WAY.** We transfer to you for the term of this Lease any warranties made by the manufacturer or Supplier under a Supply Contract, if assignable.

3.  **EQUIPMENT LOCATION; USE AND REPAIR; RETURN.** You will keep and use the Equipment only at the Equipment Location shown on the first page of this Lease, and will not move the Equipment, without our prior written consent. At your own cost and expense, you will install (if applicable) and keep the Equipment eligible for any manufacturer's certification, in compliance with all applicable laws and in good condition, except for ordinary wear and tear. You will not make any alterations, additions or replacements to the Equipment without our prior written consent. All alterations, additions and replacements will become part of the Equipment and our property at no cost or expense to us. We may inspect the Equipment at any reasonable time. Unless you purchase the Equipment in accordance with this Lease, at the end of this Lease you will immediately deliver the Equipment to us in as good condition as when you received it, except for ordinary wear and tear, to any place in the United States that we tell you. You will pay all expenses of de-installing, crating and shipping, and you will insure the Equipment for its full replacement value during shipping.

4.  **TAXES AND FEES.** We make no warranty as to treatment of this Lease for tax or accounting purposes. You will pay when due, either directly or to us upon our demand, all license or registration fees, taxes, fines, fees and penalties relating to this Lease or the procurement, use or lease of the Equipment that are now or in the future assessed or levied by any state, local or other government authority including, but not limited to, recycling, disposal or other similar fees. We will file all personal property, use or other tax returns and you agree to pay us a fee for making such filings. We do not have to contest any taxes, fines or penalties. You will pay estimated property taxes with each Lease payment or annually, as invoiced.

5.  **LOSS OR DAMAGE.** You are responsible for any loss, theft or destruction of, or damage to, the Equipment (collectively "Loss") from any cause, whether or not insured, until it is delivered to us at the end of this Lease. You are required to make all Lease Payments even if there is a Loss. You must notify us in writing immediately of any Loss. In the event of a Loss, at our option, you will either (a) repair the Equipment so that it is in good condition and working order, eligible for any manufacturer's certification, or (b) pay us the amounts specified in Section 9(b) below.

6.  **INSURANCE.** During the term of the Lease, you will obtain and maintain, at your expense (a) "Special Form" property insurance protecting the Equipment against the loss, theft or destruction of, or damage to, the Equipment for the amount financed, naming us, our successors and assigns as loss payee on a "Lender's Loss Payable" endorsement, and (b) public liability insurance in an amount acceptable to us, naming us as an additional insured (together, "Required Insurance"). You must provide us satisfactory written evidence of the Required Insurance by the Final Funding Date. The Required Insurance will be in a form, amount and with companies acceptable to us, and will provide that we will be given 30 days advance notice of any cancellation or material change of such insurance. If you do not do so, we have the right, but not the obligation, to obtain the Required Insurance from an insurer of our choice, including an insurer that is our partner ("instaCOVER"). instCOVER covers the Equipment and us; it does not name you as an insured and may not cover all of your interest in the Equipment. You agree to pay us periodic charges for instaCOVER ("Insurance Charges"). The Insurance Charges may include: a premium that may be higher than if you maintained the Required Insurance separately from another insurance carrier, a finance charge of up to 1.5% per month on any advances made by us or our agents, and billing and processing fees, any or all of which may generate a profit to us or our agents. **If you fail to provide satisfactory evidence of Required Insurance by the Funding Date, we may pay Insurance Charges by debiting your account under any previously authorized automatic payment.** We shall discontinue billing Insurance Charges upon receipt of satisfactory evidence of Required Insurance. Nothing in this Lease will create an insurance relationship of any type between us and any other person. You acknowledge that we are not required to procure or maintain any insurance, and we will not be liable to you if we terminate any insurance coverage that we arrange. You appoint us your attorney-in-

fact to seek and receive any such insurance benefits, including the right to enforce and negotiate checks and execute documents to collect insurance proceeds.

7.  **TITLE; RECORDING.** We are the owner of and will hold title to the Equipment. To the extent that the Equipment includes software, you acknowledge that we have no ownership interest in the software. You have only the rights granted to you by the applicable software licensor. You will keep the Equipment free of all liens and encumbrances. Unless the Purchase Option price shown on the first page of this Lease is $1.00, you agree that this transaction is a true lease. However, if this transaction is deemed to be a lease intended for security, you grant us a security interest in the Equipment (including any replacements, substitutions, additions, attachments and proceeds, rents, or profits from the sale, casualty loss, or other disposition of the Equipment). You authorize us to file financing statements and agree to execute documents we request to protect our interest in the Equipment.

8.  **DEFAULT.** Each of the following is a "Default" under this Lease: (a) you fail to pay any Lease Payment or any other payment within 10 days of its due date, (b) you do not perform any of your other obligations under this Lease or in any other agreement with us or with any of our affiliates and this failure continues for 10 days after we have notified you of it, (c) you become insolvent, you dissolve or are dissolved, or you assign your assets for the benefit of your creditors, or enter (voluntarily or involuntarily) any bankruptcy or reorganization proceeding; (d) any guarantor of this Lease dies, does not perform its obligations under the guaranty, or becomes subject to one of the events listed in clause (c) above.

9.  **REMEDIES.** If a Default occurs, we may do one or more of the following: (a) cancel or terminate this Lease and any or all other agreements that we have entered into with you; (b) require you to immediately pay us, as compensation for loss of our bargain and not as a penalty, the sum equal to (i) all unpaid Lease Payments for the remainder of the term plus the anticipated residual interest in the Equipment, plus (ii) all other amounts due or that become due under this Lease; (c) require you to deliver the Equipment to us as set forth in Section 3; (d) peacefully repossess the Equipment without court order and you will not make any claims against us for damages or trespass or any other reason; and (e) exercise any other right or remedy available at law or in equity. **You agree that all rights and remedies are cumulative and not exclusive and to pay all of our costs of enforcing our rights against you, including reasonable attorneys' fees and costs plus expenses of repair, redelivery, storage and repossession of the Equipment.** If we take possession of the Equipment, we may sell or otherwise dispose of it with or without notice, at a public or private sale, and apply the net proceeds (after deduction of all costs and expenses related to our collection efforts) to the amounts that you owe us. You agree that if notice of sale is required by law to be given, 10 days' notice is reasonable. You will remain responsible for any amounts that are due after we have applied such net proceeds.

10. **FINANCE LEASE STATUS.** You agree that if Article 2A-Leases of the Uniform Commercial Code ("UCC") applies to this Lease, this Lease will be considered a "finance lease" as that term is defined in Article 2A. By signing this Lease, you agree that either (a) you have reviewed, approved and received, a copy of the Supply Contract, or (b) we have informed you of the identity of the Supplier, that you may have rights under the Supply Contract, and that you may contact the Supplier for a description of those rights. **TO THE EXTENT PERMITTED BY APPLICABLE LAW, YOU WAIVE ANY AND ALL RIGHTS AND REMEDIES CONFERRED UPON A LESSEE BY ARTICLE 2A.**

11. **ASSIGNMENT. YOU MAY NOT ASSIGN, SELL, TRANSFER OR SUBLEASE THE EQUIPMENT OR YOUR INTEREST IN THIS LEASE.** We may, without notifying you, sell, assign, or transfer this Lease or our rights in the Equipment. You agree that the new owner will have the same rights and benefits that we have now under this Lease, but not our obligations. The rights of the new owner will not be subject to any claim, defense or set-off that you may have against us.

12. **PURCHASE OPTION; AUTOMATIC RENEWAL.** If no Default exists under this Lease, you will have the option at the end of the original or any renewal term to purchase all (but not less than all) of the Equipment at the Purchase Option price shown on the first page of this Lease, plus any applicable taxes, provided, however, we do not have any proprietary rights in any software portion of the Equipment and do not purport to transfer rights to the software. Unless the Purchase Option price is $1.00, you must give us at least 90 days written notice before the end of the original term that you will purchase the Equipment or that you will deliver the Equipment to us. If you do not give us such written notice or if you do not purchase or deliver the Equipment in accordance with the terms and conditions of this Lease, this Lease will automatically renew for an additional 3-month term and thereafter renew for successive one-month terms until you give us the required 90 day notice of your intent to deliver the Equipment to us or purchase the Equipment. During such renewal(s) the Lease Payment will remain the same. We may cancel an automatic renewal term by sending you written notice 10 days prior to such renewal term. If the Fair Market Value Purchase Option has been selected, we will use our reasonable judgment to determine the fair market value of the Equipment. If you do not agree with our determination of the fair market value, the fair market value (on a retail in-place basis) will be determined at your expense by an independent appraiser selected by us. Upon payment of the Purchase Option price, we will transfer our interest in the Equipment to you **"AS-IS, WHERE-IS"** without any representation or warranty and this Lease will terminate.

13. **INDEMNIFICATION.** You are responsible for any losses, damages, penalties, claims, suits and actions (including court costs and reasonable attorneys' fees) (collectively "Claims"), whether based on a theory of strict liability or otherwise, caused by or related to (a) the manufacture, installation, ownership, use, lease, possession, or delivery of the Equipment, or (b) any defects in the Equipment. You agree to reimburse us for and if we request, to defend us against, any Claims.

14. **CREDIT INFORMATION. YOU AUTHORIZE US, OR ANY OF OUR AFFILIATES OR ASSIGNEES, TO OBTAIN CREDIT BUREAU REPORTS, AND MAKE OTHER CREDIT INQUIRIES THAT WE DETERMINE ARE NECESSARY. ON YOUR WRITTEN REQUEST, WE WILL INFORM YOU WHETHER WE HAVE REQUESTED A CONSUMER CREDIT REPORT AND THE NAME AND ADDRESS OF ANY CONSUMER CREDIT REPORTING AGENCY THAT FURNISHED A REPORT. YOU ACKNOWLEDGE THAT WITHOUT FURTHER NOTICE WE MAY USE OR REQUEST ADDITIONAL CREDIT BUREAU REPORTS TO UPDATE OUR INFORMATION AS LONG AS YOU HAVE OUTSTANDING OBLIGATIONS UNDER THIS LEASE. IF REQUESTED, YOU AGREE TO PROVIDE ANNUAL FINANCIALS AND/OR TAX RETURNS.**

15. **COUNTERPARTS; FACSIMILES.** This Lease may be executed in counterparts. Only one counterpart of this Lease shall be marked "Original" and the other counterparts shall be marked "Duplicates." To the extent that this Lease constitutes chattel paper, as that term is defined in the UCC, no security interest in this Lease may be created in any counterpart other than the one marked "Original". **Facsimile signatures shall be considered to be genuine for all purposes, including in connection with any action for the enforcement of this Lease. You agree that (a) in any hearing, trial or proceeding of any nature with respect to this Lease, we may produce a facsimile copy of this document rather than the original execution copy and that such facsimile copy shall be deemed to be the original, and (b) you have received and reviewed all of the pages of this Lease and that none of its provisions are missing or illegible.**

16. **MISCELLANEOUS.** The terms and conditions in this Lease make up the entire agreement between you and us regarding the lease of the Equipment. This Lease and any amendment, waiver, or addendum to it, is not binding until signed by both parties. Any change in any of the terms and conditions of this Lease must be in writing and signed by us. You authorize us to supply missing information or correct obvious errors in this Lease, without notice to you. If we delay or fail to enforce any of our rights under this Lease, we will still be entitled to enforce those rights at a later time. If any part of this Lease is found to be invalid, it shall not invalidate any other part of this Lease, and the Lease shall be modified to the minimum extent as permitted by law. All notices shall be given in writing by the party sending the notice and shall be effective when deposited in the U.S. Mail, postage prepaid, addressed to the party receiving the notice at its address shown on the first page of this Lease (or to any other address specified by that party in writing). All of our rights and indemnities will survive the termination of this Lease. It is the express intent of the parties not to violate any applicable usury laws or to exceed the maximum amount of time price differential or interest, as applicable, permitted to be charged or collected by applicable law, and any such excess payment will be applied to Lease Payments in inverse order of maturity, and any remaining excess will be refunded to you. If you do not perform any of your obligations under this Lease, we have the right, but not the obligation, to take any action or pay any amounts that we believe are necessary to protect our interests. You agree to reimburse us, immediately upon our demand, for any such amounts that we pay. If more than one Lessee has signed this Lease, each of you agree that your liability is joint and several. You agree to provide updated financial information that may be requested by us.

**YOU UNDERSTAND THAT WE ARE NOT AFFILIATED WITH THE SUPPLIER AND THAT YOU MUST MAKE ALL PAYMENTS UNDER THIS LEASE REGARDLESS OF YOUR SATISFACTION WITH THE EQUIPMENT.**

## PERSONAL GUARANTY FOR LEASE AGREEMENT

This Personal Guaranty creates specific legal obligations. When we use the words "you" and "your" in this Personal Guaranty, we mean the Personal Guarantor(s) indicated below. When we use the words "we", "us" or "our" in this Personal Guaranty, we mean Global Financial & Leasing Services, LLC. In consideration of our entering into this Lease Agreement, you unconditionally and irrevocably guarantee to us, our successors and assigns, the prompt performance of all covenants, obligations and conditions, as well as payment when due of all obligations of the Customer. You agree that this is a guaranty of payment and not of collection and that we can proceed directly against you (or any one or all of you if there is more than one Guarantor) without first proceeding against the Customer or the Equipment or any other remedy available to us. You agree to pay all our attorney fees and any other expenses, incurred by us in enforcing our rights under this Guaranty and/or the Lease Agreement. You waive notices of acceptance and of any other kind of notices or demands to which you may be entitled. You waive all defenses, including those of protest, presentment and demand. You agree that we can renew, extend, compromise or otherwise modify the terms of the Lease Agreement or even release Agreement the Customer from liability and you will be bound by such changes and such changes will not in any way release you from your obligations under this Personal Guaranty. If the Customer defaults under the Lease Agreement, you will immediately perform all obligations of the Customer under the Lease Agreement, including but not limited to, protecting the Equipment and paying all amounts due under the Lease Agreement. This is a continuing guaranty that will not be discharged or affected by your death and will bind your heirs and representatives. Our rights may be enforced by us or for the benefit of any assignee or successor to our rights under this Personal Guaranty. You consent to the personal jurisdiction of any state or federal court located in the State of Arizona with respect to any action arising out of the Lease Agreement and/or this Personal Guaranty. If more than one Guarantor has signed this Personal Guaranty, each of you agrees that your liability is joint and several. If we must serve you with notice, including service of process in any legal action, notice or service of process shall be deemed sufficient if sent to you by certified mail, return receipt requested to the address you have set forth below. You authorize us or any of our affiliates to obtain credit bureau reports regarding your personal credit and to make other credit inquiries that we determine are reasonably necessary. This Personal Guaranty is governed by the laws of the State of Arizona and you expressly waive any right to a trial by jury. This Personal Guaranty shall continue to be effective or reinstated if at any time any payment due under the Lease Agreement is rescinded or must be returned due to insolvency, bankruptcy or reorganization, as though the payment had not been made.

**ALL GUARANTORS MUST ATTACH A COPY OF A VALID GOVERNMENT ISSUED PICTURE ID SUCH AS A DRIVER'S LICENSE OR PASSPORT**

| Signature of Personal Guarantor (no title) | | | Signature of Personal Guarantor (no title) | | |
|---|---|---|---|---|---|
| X *Myrna Mooney* | | | X *Myrna Mooney Stanley Mooney* | | |
| Print Name | | | Print Name | | |
| **Myrna Burns Mooney** | | | **Stanley Ross Mooney** | | |
| Home Address/City/State/Zip | Social Security | Phone Number | Home Address/City/State/Zip | Social Security | Phone Number |
| **4156 Hwy 69** **Babb, MT  59411** | ▮ | ▮ | **4156 Hwy 69** **Babb, MT  59411** | ▮ | ▮ |



**LEASE AGREEMENT 10230470**

6263 N. Scottsdale Road, SUITE 222, Scottsdale, AZ 85250
PHONE 480-478-7400   FAX 480-478-7410

### AUTHORIZATION TO RELEASE FUNDS FOR VENDOR DEPOSITS

Global Financial & Leasing Services, LLC ("Lessor") has received a request from the Lessee to advance funds to the Vendor(s) prior to delivery of the equipment. As adequate and valuable consideration for Lessor and/or Assignees to advance funds to the Vendor(s) listed below, the Lessee acknowledges this is a non-cancelable Lease Agreement and unconditionally agrees to the following:



Lessee acknowledges and agrees that 1) you selected the equipment vendor and the equpment based on your own skill and knowledge; 2) delivery timeline is between you and the vendor; and 3) Lessor is not related to manufacturer or vendor.  Neither vendor nor anyone else is an agent of ours and no statement, representation, guarantee or warranty made by the vendor or other person is binding on us or will affect your obligations to us. Lessee agrees to reimburse Lessor for any deposit(s) Lessor has released to vendor as a result of Lessee action against Vendor due to non-delivery and/or non-performance.



Lessee agrees to pay Lessor Carrying Charges of the outstanding amount of each advance to the Vendor from the date thereof until fully paid.  This daily amount will be multiplied by the number of days until the Lease Commencement Date.



By signature below the undersigned specifically authorizes and requests Lessor to make payment to the Vendor(s) of the equipment described in the Lease Agreement. Lessee agrees that said equipment has not been delivered, installed or accepted for purposes of the Lease.

Disbursement Information:

Vendors:                **Lab Society and ExtactionTek Solutions**

Estimate #:

Amount:          $          **50% at order**

                 $          **50% at delivery**

Lessee understands and authorizes the conditions set forth above.

*AN ELECTRONIC VERSION OF THIS DOCUMENT SHALL BE CONSIDERED AN ORIGINAL.*

| Lessee Name | Lessor Name |
|---|---|
| **MOUNTAIN CHIEF MANAGEMENT SERVICES, INC.** | **Global Financial & Leasing Services, LLC** |
| Authorized Signature | Authorized Signature |
| X _Myrna Mooney_ 1-25-13  Date | X |
| Print Name & Title | Print Name & Title          Date |
| **Myrna Burns Mooney, President** | |

*For Global Financial Use Only*
*Verbal Authorization to Commence Lease*

| Operations Manager:  (initials): Date: | Authorized by: | Lease Start Date: |
|---|---|---|

GFRS_Deposit Releases – 5/1/17

# EXHIBIT A
## LEASE 10230470
## CALIFORNIA CITY, CA

| | Item | Qty | Price |
|---|---|---|---|
| JBF-2000 | Buchner Funnel 200mm* | 4 | $400.00 |
| FG5340-5000 | Flask, United Scientific Filter 5000mL* | 4 | $700.00 |
| 2047B-01 | Welch DryFast Pump 2047B-01, 115V*<br>30 Torr<br>70L/min<br>115V<br>60Hz * | 1 | $2,605.00 |
| LS-VMK-C | Lab Society Vacuum Manifold Kit* | 1 | $650.00 |
| P60N2A101B | PolyScience Immersion Chiller IP-60 120V*<br>Immerson Probe-60, 1.5" Rigid Coil<br>Working Temperature Range °C: -60° to -20°<br>Temperature Control (°C): Fixed at -60° * | 1 | $1,705.00 |
| LS-CTK-C | Dewar Style Vacuum Trap Kit - Complete*<br>Includes:<br><br>- LS Dewar Style Cold Trap GL-18 hose Connections<br>- 500ml Receiving Flask 45/50 Rodaviss Joint<br>- Ring Stand<br><br>- Chain Clamp<br>- Cork Stand<br>- Premium Boss Head * | 1 | $525.00 |
| SD07R-20-A11B | PolyScience 7L Refrigerated Circulator -20C Standard Digital 120V*<br>Discount: 5% -$311.20 | 2 | $6,224.00<br>$5,912.80 |
| PV80-30 | So-Low Ultra Low Freezer, Upright Style, Standard, 30 cu. ft.*<br>-40°C to -80°C, 30 cu.ft., Manual Defrost<br><br>*This Model Does Not Have Removable Shelves *<br>Discount: 10% -$1,321.43 | 1 | $13,214.29<br>$11,892.86 |

1

| LS-TDK-GSN | Terpene Distillation Kit, Glass, Steam/Inert Gas*<br>Includes: | 1 | $1,820.00 |
|---|---|---|---|
| | Flow Control Adapter<br>Round Bottom Flask, 2000ml, 2-Neck Angled<br>Biomass Flask, 5L<br>Oil/Water Separator<br>Graham Condenser, 24/40 Joint, 300mm Length<br>Hollow Hex Head Stopper<br>Nitrogen/Steam Injection Port Tube<br>Distillation Arm<br>Support Clamp 2 Prong, Boss Head, Cork Lined<br>Boss Head (Right Angle) Blue, Premium<br>Retort Ring 10cm Ring ID 14cm Stem Length<br>Keck Clip Metal 45/50<br>Glass Vials Amber 15mL<br>Beaker. Bomex Griffin, 1000mL<br>Keck Clip Plastic 14/20<br>Lab Pad, 4in.<br>Keck Clip Metal 24/40<br>Steam Generator SS77<br>Ring Stand Single Hole, Superior Blue 3/8 x 20 in. 10 x 6 in.<br>Filter Paper, Qualitative 11 micron (Medium) 12.5 cm<br>Versilon® Tubing, 5/16 In. ID x 1/2 In. OD x 3/32 In. Wall, SPX-50<br>Silicone<br>Separatory Funnel, PTFE Stopcock, 24/40, 60ml<br>Vertical Vacuum Takeoff Adapter, 24/40<br>* | | |
| 3302-01 | Welch CRVpro Rotary Vane Vacuum Pump Pro 30, 230V*<br>220-240V, 60Hz, 1Ph,NW25 w/5/8" to 3/4" ID Hose Barb. UK,<br>Schuko and US plugs. *<br>Discount: 10% -$1,726.50 | 3 | ~~$17,265.00~~<br>$15,538.50 |
| 320015 | Exhaust Filter (Welch) CRV*<br>CRVpro Oil Mist Filter *<br>Discount: 10% -$216.55 | 5 | ~~$2,165.50~~<br>$1,948.95 |
| 2070B-01 | Welch ChemStar Dry Pump 2070B-01*<br>115V, 60Hz<br>150 LPM<br>Weight: 22.7kg<br>Ultimate Vacuum Pressure: .05 torr<br>Oil-Free Solution | 1 | ~~$7,960.00~~<br>$7,164.00 |
| | No Cold Trap<br>Self-Cleaning *<br>Discount: 10% -$796.00 | | |
| CVO-2-NT | Cascade Vacuum Purge Oven TVO-2*<br>Comes with 5 shelves *<br>Discount: 10% -$2,250.00 | 5 | ~~$22,500.00~~<br>$20,250.00 |